2003 ME 3

### Rick E. LAVIGNE

v.

### COMMISSIONER, DEPARTMENT OF HUMAN SERVICES.

Supreme Judicial Court of Maine.

Argued: Dec. 10, 2002.

Decided: Jan. 13, 2003.

Sara Anne Meerse, Esq. (orally), Pine Tree Legal Assistance, Inc., Portland, for plaintiff.

G. Steven Rowe, Attorney General, Jane Gregory, Asst. Attorney General (orally), Augusta, for Defendant.

Panel: SAUFLEY, C.J., and CLIFFORD, RUDMAN, DANA,* ALEXANDER, and LEVY, JJ.

PER CURIAM.

Rick E. Lavigne appeals from the judgment entered in the Superior Court (Piscataquis County, *Mead. J.*) affirming a decision of a Hearing Officer of the Department of Human Services declaring Lavigne ineligible to receive food stamps. Because the Court is evenly divided, we affirm the judgment.

The entry is:

Judgment affirmed.

---

* Although not available at oral argument. Justice Dana participated in this opinion. *See* M.R.App. P. 12(a) (stating that a "qualified justice may participate in a decision even though not present at oral argument").